IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENORVAL GILL, | ) |
|         Petitioner, | ) ) ) Civil No. 07-6157-AC |
| v. | ) ) ORDER |
| ROBERT SCHIEDLER, | ) ) |
|         Respondent. | ) ) |

Daniel J. Casey
P. O. Box 82818
Portland, Oregon  97282

      Attorney for Petitioner

John R. Kroger
Attorney General
Jacqueline Sadker
Assistant Attorney General
Department of Justice
1162 Court Street, NE
Salem, Oregon  97301

      Attorneys for Respondent

Page 1 - ORDER

KING, Judge:

The Honorable John Acosta, United States Magistrate Judge, filed Findings and Recommendation on May 12, 2009. Petitioner filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Acosta.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Acosta dated May 12, 2009 in its entirety.

IT IS HEREBY ORDERED that the Second Amended Petition for Writ of Habeas Corpus is DENIED.

DATED this 15 day of June, 2009.

_____
GARR M. KING
United States District Judge

Page 2 - ORDER